UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 13,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No. 16-16937/JNP

In Re:

Hearing date: September 13, 2016

Karen Stefanowski,

Debtor(s)

Judge: Jerrold N. Poslusny, Jr.

## ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 13, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the bankruptcy estate of Karen Stefanowski for an Order to Dismiss the debtor's Bankruptcy Petition for failure to cooperate with the Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

__XX__   **ORDERED THAT** the Bankruptcy Petition filed under Case No. 16-16937/JNP on behalf of Karen Stefanowski is hereby dismissed for debtor's failure to cooperate with the Chapter 7 Trustee.

~~OR~~

~~_____~~   ~~**ORDERED THAT** petitioner is to pay counsel fees to Joseph D. Marchand, Esquire in the sum of $300.00 by Certified Check or Money Order within two weeks from the execution of this Order.~~

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-16937-JNP
Karen A. Stefanowski    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 13, 2016
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.
db    +Karen A. Stefanowski,    205 First Ave,    West Berlin, NJ 08091-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:
      Andrew B. Finberg    on behalf of Debtor Karen A. Stefanowski andy@sjbankruptcylaw.com, ABFECF@gmail.com
      Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
      Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
      TOTAL: 3